# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 74158

**FILED**

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision resolving a postconviction petition for a writ of habeas corpus. Fifth Judicial District Court, Nye County; David R. Gamble, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on September 25, 2017. Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Chief Judge, The Fifth Judicial District Court
        Hon. David R. Gamble, Senior Judge
        Peter Jason Helfrich
        Attorney General/Carson City
        Nye County Clerk

[1]We take no action on the pro se documents filed on December 11 and 14, 2017.

17-43589